UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | |
| | : | |
| PLAINTIFF, | : | CIVIL NO. 3:02CV02196(GLG) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| DEFENDANT. | : | JANUARY 9, 2004 |

<u>DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION TO COMPEL</u>

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests an extension of time within which to file a memorandum in opposition to the motion of the Plaintiff, Frank C. Somohano, Sr., to compel production of documents.  Defendant filed this motion on December 19, 2003, and a response is due on January 9, 2004.  Undersigned counsel requests an extension of thirty (30) days, or until February 9, 2004.

By way of background, this is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 <u>et</u> <u>seq.</u>   Plaintiff has brought suit alleging VA negligence in connection with an incident which occurred at the VA Connecticut Healthcare System, West Haven Campus (WHVA) on January 31, 2001.   The complaint alleges that Plaintiff sought treatment at the WHVA on that date and was assaulted by VA security personnel. Plaintiff has filed a motion to compel the government to produce information which it has withheld as privileged, including

information about a witness to the incident who was also a patient. Undersigned counsel was unable to finalize the government's response within the time allowed in light of the press of other business, including a recent argument at the Second Circuit. The additional time sought would permit the completion of the government's response to this motion, including the drafting of a motion for protective order, and will aid the parties in resolving the issues presented without the need for further action by the Court.

      This is the first motion to extend this time limitation. Counsel for the Plaintiff has indicated that he has no objection to the extension sought.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          LAUREN M. NASH
          ASSISTANT U.S. ATTORNEY
          FEDERAL BAR NO. ct01705
          P.O. BOX 1824
          NEW HAVEN, CT  06508
          (203) 821-3700

CERTIFICATION

This is to certify that a copy of the within and foregoing Defendant United States of America's Motion for Extension of Time Within Which to Respond to Motion to Compel was mailed, postage prepaid, this 9th day of January, 2004, to:

Kenneth E. Lenz, Esq.
The Lenz Law Firm, L.L.C.
P. O. Box 965
35 Old Tavern Road, Suite 1-2
Orange, CT 06477-0965

                                            LAUREN M. NASH
                                            ASSISTANT U.S. ATTORNEY