Case 3:02-cv-02196-AWT    Document 14    Filed 01/20/2004    Page 1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK C. SOMOHANO, SR.              :

    PLAINTIFF,                     :    CIVIL NO. 3:02CV02196(GLG)

    V.                             :

UNITED STATES OF AMERICA,           :

    DEFENDANT.                     :    JANUARY 9, 2004

FILED
2004 JAN -9 A 11: 50
DISTRICT C...
NEW HAVEN, C...

*Motion GRANTED. /s/ Gerard L. Goettel, USDJ  1/16/04*

### DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION TO COMPEL

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests an extension of time within which to file a memorandum in opposition to the motion of the Plaintiff, Frank C. Somohano, Sr., to compel production of documents. Defendant filed this motion on December 19, 2003, and a response is due on January 9, 2004. Undersigned counsel requests an extension of thirty (30) days, or until February 9, 2004.

By way of background, this is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 *et seq.* Plaintiff has brought suit alleging VA negligence in connection with an incident which occurred at the VA Connecticut Healthcare System, West Haven Campus (WHVA) on January 31, 2001. The complaint alleges that Plaintiff sought treatment at the WHVA on that date and was assaulted by VA security personnel. Plaintiff has filed a motion to compel the government to produce information which it has withheld as privileged, including