UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. : | CIVIL NO. 3:02CV02196(GLG) |
| Plaintiff : | |
| VS. : | |
| UNITED STATES OF AMERICA : | |
| Defendant : | January 27, 2004 |

## MOTION FOR LEAVE TO FILE AMENDED FORM 26(F) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 6(b), 16(b) and 26(f) the plaintiff through his attorney hereby moves the Court to enter an amended Report of Parties Planning Meeting pursuant to Fed. R. Civ. P. 26(f), and respectfully represents:

1. The above-captioned matter was commenced by complaint filed against the United States of America on December 12, 2002.

2. On or about March 21, 2003 the parties filed a Form 26(f) Report that the Court ordered on March 26, 2003.

3. Said report called, *inter alia*, for a case management plan in which discovery should be commenced by April 1, 2003 and completed by October 30, 2003.

4. The plaintiff commenced discovery by propounding his requests for production of documents on April 30, 2003. On June 10, 2003 the United States filed its objections and responses, raising a substantial discovery dispute which has not yet been resolved.

5. On Dec. 17, 2003, after failing in attempts to resolve the discovery dispute, plaintiff's attorney filed a motion for order compelling compliance with discovery. The United States has requested and been granted an extension of time in which to respond to the Motion to Compel until Feb. 8, 2004.

6. The Plaintiff's medical condition has been unstable for most of 2003; he has undergone certain psychiatric treatments, and he has undergone total knee replacement surgery. He has not reached a point of maximum medical improvement, and it is unclear whether or to what extent either or both of these conditions are causally related to injuries sustained in the underlying alleged assault.

7. Once the present discovery issue has been resolved, further production of documents by the defendant may be forthcoming, and the parties should be able to proceed with completing discovery.

8. Accordingly the plaintiff moves for the Court to permit the filing of a modified Report pursuant to Fed. R. Civ. 26(f) with dates for completion of discovery extended approximately nine months, as attached hereto. The plaintiff's attorney has consulted with Assistant U.S. Attorney Lauren Nash for the defendant, and she consents.

THE PLAINTIFF,<br>
FRANK C. SOMOHANO, SR.

Kenneth E. Lenz, His Attorney
Federal Bar #: ct06419
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., P.O. Box 965
Orange, CT 06477-0965
Tel.: (203) 891-9800

## CERTIFICATION OF SERVICE

Service of the foregoing motion for leave to file amended report is hereby certified via first class mail on this 27th day of January, 2004 to Assistant U.S. Attorney Lauren M. Nash, P.O. Box 1824, New Haven, CT 06508 and Attorney Cynthia L. Tyler, Dept. of Veterans Affairs, 555 Willard Ave., Newington, CT 06111.

Kenneth E. Lenz, #ct06419

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. | CIVIL NO.: 3:02cv02196(GLG) |
| PLAINTIFF | |
| VS. | |
| UNITED STATES OF AMERICA | |
| DEFENDANT | |

### ORDER RE: LEAVE TO FILE AMENDED FORM 26(F) REPORT

The plaintiff's motion for leave to file an amended Form 26(f) Report having come before this Court after due service upon and with the consent of the United States of America, and cause having been shown, it is accordingly, ORDERED:

The motion and the appended Amended Form 26(f) Report of Parties' Planning Meeting is hereby:

GRANTED    /    DENIED

By the Court:

_____
Gerard L. Goettel,
Senior U.S. District Judge