**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
FRANK C. SOMOHANO, SR.,             :
                                    :
        Plaintiff,                  :           ORDER
                                    :
    -against-                       :
                                    :       3: 02 CV 2196 (GLG)
UNITED STATES OF AMERICA,           :
                                    :
        Defendant.                  :
-----------------------------------X
```

The Plaintiff's Motion for Leave to File Amended Form 26(f) Report of Parties' Planning Meeting [Doc. #15] is **granted**.

**SO ORDERED.**

**Dated:    February 11, 2004**
          **Waterbury, CT**                          /s/
                                             **Gerard L. Goettel**
                                                 **U.S.D.J.**