**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
----------------------------------X
FRANK C. SOMOHANO, SR.,            :
                                   :
          Plaintiff,               :          <u>**ORDER**</u>
                                   :
     -against-                     :
                                   :          **3: 02 CV 2196 (GLG)**
UNITED STATES OF AMERICA,          :
                                   :
          Defendant.               :
----------------------------------X


     The Amended Form 26(f) Report of Parties' Planning Meeting

[Doc. #18] is **So Ordered.**  The deadlines are as follows:

     Discovery completed          June 30, 2004

     Damages Analysis             July 14, 2004

     Dispositive Motions          July 30, 2004

     Joint Trial Memorandum       August 30, 2004

          **SO ORDERED.**


**Dated:    February 20, 2004**
**          Waterbury, CT**          _____
                                         **/s/**
                                **Gerard L. Goettel**
                                    **U.S.D.J.**