**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
FRANK C. SOMOHANO, SR.,              :
                                     :
        Plaintiff,                   :
                                     :   3: 02 CV 2196 (GLG)
    -against-                        :        ORDER
                                     :
UNITED STATES OF AMERICA,            :
                                     :
        Defendant.                   :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge.

\_\_\_   A ruling on all pretrial motions except dispositive motions.

**_X_**   To supervise discovery and resolve discovery disputes.

\_\_\_   A ruling on the following motion which is currently pending:

\_\_\_   Settlement conference.

\_\_\_   A conference to discuss the following:

\_\_\_   Other:

**SO ORDERED.**

**March 11, 2004**
**Waterbury, Connecticut.**

                                                                                   /s/
                                            **Gerard L. Goettel**
                                  **United States District Judge**