12

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

K C. SOMOHANO, SR.      :    CIVIL NO.:  3:02cv02196(GLG)

    PLAINTIFF          :

                               :

D STATES OF AMERICA     :

    DEFENDANT        :    December 17, 2003

### MOTION FOR ORDER COMPELLING
### COMPLIANCE WITH DISCOVERY REQUESTS

1.  Pursuant to Fed.R.Civ.P. 37(a) the Plaintiff moves this Court for entry of

ler compelling the defendant United States of America (the "Government")  to

full compliance to his requests for production of documents dated April 30,

A copy of said document is attached hereto as Exhibit A.

2.  On June 10, 2003 the Government filed its Objections and Responses to

f's Request for Production, a copy of which is attached hereto as Exhibit B.

overnment objected to items 1, 2, 3, 4, 5 and 9, it provided numerous

ents which were redacted to conceal the identity of a material witness to the

t complained of in the complaint, and it failed to provide other documents to

t had not objected in items 8 and 10.

Endorsement Order:

Somohano v. United States, 3:02CV02196(GLG)

Plaintiff's Motion for Order Compelling Compliance (Doc. #12) is DENIED WITHOUT PREJUDICE TO RENEWAL in order to allow counsel to confer on a confidentiality order which would permit disclosure of information at issue without unduly infringing upon privacy concerns. Counsel are directed to confer promptly and, if agreement can be reached, submit a proposed order by June 8, 2004. Counsel are invited to discuss the possibility of mediation to resolve the case and any time before the undersigned judge's chambers, preferably by letter, to request the scheduling of a mediation session. So ordered on May 19, 2004, at Bridgeport.

William I. Garfinkel, U.S.M.J.

U.S. DISTRICT COURT
BRIDGEPORT, CONN.