FILED

2004 JUL -9 A II: 06

U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO. 3:02CV02196(AWT) |
| Plaintiff | : | |
| VS. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | July 7, 2004 |

## MOTION FOR LEAVE TO FILE SECOND AMENDED FORM 26(F) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 6(b), 16(b) and 26(f) the plaintiff through his attorney hereby moves the Court to enter a second amended Report of Parties Planning Meeting pursuant to Fed. R. Civ. P. 26(f), and respectfully represents:

1. The above-captioned matter was commenced by complaint filed against the United States of America on December 12, 2002.

2. On or about March 21, 2003 the parties filed a Form 26(f) Report that the Court ordered on March 26, 2003. Discovery was to be completed by June 30, 2004.

3.  On January 27, 2004, the plaintiff, with consent of the government, filed a motion for leave to file amended Form 26(f) report that the Court granted on Feb. 20, 2004.

4.  Since last December, the parties have had a dispute regarding production of documents that has prevented discovery from being completed.  The plaintiff's motion to compel, dated Dec. 17, 2003, was transferred to Magistrate Garfinkel.

5.  On May 19, 2004 Magistrate Garfinkel ordered the plaintiff's motion to compel denied without prejudice to renewal in order to allow counsel to confer on a confidentiality order which would permit disclosure of information at issue without unduly infringing upon privacy concerns.

6.  The Plaintiff's medical condition has been unstable for most of 2003 and 2004; he has undergone total knee replacement surgery.  He has not reached a point of maximum medical improvement, and it is unclear whether or to what extent either or both of these conditions are causally related to injuries sustained in the underlying alleged assault.

7. Once the present discovery issue has been resolved, further production of documents by the defendant may be forthcoming, and the parties should be able to proceed with completing discovery.

8. Accordingly the plaintiff again moves for the Court to permit the filing of a modified Report pursuant to Fed. R. Civ. 26(f) with dates for completion of discovery extended approximately six additional months, as attached hereto. The plaintiff's attorney has consulted with Assistant U.S. Attorney Lauren Nash for the defendant, and she consents.

THE PLAINTIFF,
FRANK C. SOMOHANO, SR.

Kenneth E. Lenz, His Attorney
Federal Bar #: ct06419
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., P.O. Box 965
Orange, CT  06477-0965
Tel.: (203) 891-9800

## CERTIFICATION OF SERVICE

Service of the foregoing motion for leave to file amended report is hereby certified via first class mail on this 7th day of July, 2004 to Assistant U.S. Attorney Lauren M. Nash, P.O. Box 1824, New Haven, CT  06508 and Attorney Cynthia L. Tyler, Dept. of Veterans Affairs, 555 Willard Ave., Newington, CT  06111.

Kenneth E. Lenz, #ct06419

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FRANK C. SOMOHANO, SR.             :       CIVIL NO.:  3:02cv02196(GLG)

        **PLAINTIFF**                              :

                                                  :

VS.                                               :

UNITED STATES OF AMERICA             :

        **DEFENDANT**                            :

### ORDER RE:  LEAVE TO FILE AMENDED FORM 26(F) REPORT

The plaintiff's motion for leave to file an amended Form 26(f) Report having

come before this Court after due service upon and with the consent of the United

States of America, and cause having been shown, it is accordingly, ORDERED:

That the motion and the appended Second Amended Form 26(f) Report of

Parties' Planning Meeting is hereby:

                            GRANTED   /       DENIED .

                            By the Court:

Dated:              , 2004          _____

                            Alvin W. Thompson,
                            United States District Judge