GRANTED. The Clerk shall docket the attached Second Amended Form 26(f) Report of Parties' Planning Meeting. It is so ordered.

Alvin W. Thompson, U.S.D.J.        Hartford, CT        7/17/2004

*FILED*

2004 JUL -9  A 11: 06

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **FRANK C. SOMOHANO, SR.** | : | **CIVIL NO. 3:02CV02196(AWT)** |
| **Plaintiff** | : | |
| **VS.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant** | : | **July 7, 2004** |

**MOTION FOR LEAVE TO FILE SECOND AMENDED FORM 26(F) REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 6(b), 16(b) and 26(f) the plaintiff through his attorney hereby moves the Court to enter a second amended Report of Parties Planning Meeting pursuant to Fed. R. Civ. P. 26(f), and respectfully represents:

1. The above-captioned matter was commenced by complaint filed against the United States of America on December 12, 2002.

2. On or about March 21, 2003 the parties filed a Form 26(f) Report that the Court ordered on March 26, 2003. Discovery was to be completed by June 30, 2004.