

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FRANK C. SOMOHANO, SR.** : | |
| PLAINTIFF, : | CIVIL NO. 3:02CV02196(AWT) |
| v. : | |
| **UNITED STATES OF AMERICA,** : | |
| DEFENDANT. : | June 28, 2004 |

## SECOND AMENDED FORM 26(F)
## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f), and D. Conn. L. Civ. R. 38, the parties through their undersigned counsel, Kenneth E. Lenz, Esq. for the Plaintiff, Frank C. Somohano, Sr. ("Plaintiff"), and Lauren M. Nash, Assistant United States Attorney, for the Defendant, United States of America ("Defendant"), hereby respectfully submit the following Second Amended Report of Parties' Planning Meeting:

**Date Complaint Filed:**   December 12. 2002

**Date Complaint Served:**   The United States Attorney's Office for the District of Connecticut was served with the summons and complaint on December 19, 2002.

**Date of Defendant's Appearance:**   Defendant's appearance was filed on February 11, 2003.

---

This 26 (f) Report is hereby APPROVED. Discovery shall be completed by _12/30/04_. Dispositive motions, if any, shall be filed on or before _1/31/05_. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   7/17/04