UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO. 3:02CV02196(AWT) |
| Plaintiff | : | |
| VS. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | December 15, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO NOTICE OF DISCLOSURE OF FACTS AND FOR PRODUCTION OF RECORDS

The plaintiff, Frank C. Somohano, Sr., hereby moves for an extension of time to and including February 15, 2005 for completion of discovery for the reason that the parties are engaged in mediation. The Government through its attorney, Lauren Nash, has consented to this request.

THE PLAINTIFF

By /s/ Kenneth E. Lenz
Kenneth E. Lenz, Esq.
His Attorney
35 Old Tavern Road
P.O. Box 965
Orange, CT 06477-0965
(203)891-9800
Fed. Bar No. ct06419

## CERTIFICATION OF SERVICE

Service of the foregoing via first-class mail on this 15th day of December, 2004 is hereby certified to the following:

Lauren Nash
Assistant U.S. Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06508

Attorney Cynthia L. Tyler
Dept. of Veterans Affairs
555 Willard Avenue
Newington, CT 06111

_____
Kenneth E. Lenz
Fed. Bar No. ct06419

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FRANK C. SOMOHANO, SR.          :    CIVIL NO. 3:02CV02196(AWT)
                                :
      Plaintiff               :
VS.                             :
                                :
UNITED STATES OF AMERICA        :
      Defendant               :    December 15, 2004

ORDER RE: LEAVE TO FILE MOTION FOR EXTENSION OF TIME
TO RESPOND TO NOTICE OF DISCLOSURE OF FACTS
AND FOR PRODUCTION OF RECORDS

The plaintiff's motion for extension of time to complete discovery having come before this court after due service upon and with the consent of the United States of America, and cause having been shown, it is accordingly, ORDERED:

The motion is hereby GRANTED

BY THE COURT

_____
Alvin W. Thompson, Judge