**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

FRANK C. SOMOHANO, SR.          :        CIVIL NO. 3:02CV02196(AWT)

       **Plaintiff**                   :

VS.                             :

                  :

UNITED STATES OF AMERICA        :

       **Defendant**                  :        December 15, 2004

## MOTION FOR EXTENSION OF TIME TO RESPOND TO NOTICE OF DISCLOSURE OF FACTS AND FOR PRODUCTION OF RECORDS

The plaintiff, Frank C. Somohano, Sr., hereby moves for an extension of time to

and including February 15, 2005 for completion of discovery for the reason that the

parties are engaged in mediation. The Government through its attorney, Lauren Nash,

has consented to this request.

THE PLAINTIFF

By _____
Kenneth E. Lenz, Esq.
His Attorney
35 Old Tavern Road
P.O. Box 965
Orange, CT 06477-0965
(203)891-9800
Fed. Bar No. ct06419

Extension GRANTED, to and including
February 15, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12-22-04