FILED
2005 FEB -3  A 10: 49

U.S. DISTRICT COURT
[HARTFORD, CT]

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO.: 3:02CV02196(AWT) |
| PLAINTIFF | : | |
| VS. | : | |
| UNITED STATES OF AMERICA | : | |
| DEFENDANT | : | JANUARY 31, 2005 |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Plaintiff Frank C. Somohano Sr. hereby moves for an extension of time to and including April 15, 2005 for completion of Discovery for the reason that the parties are engaged in mediation and a continued deposition of a treating physician and cannot be completed until after the present Discovery deadline, due to the unavailability of the physician. The government, through its attorney, Lauren Nash, has consented to this request.

THE PLAINTIFF,
FRANK C. SOMOHANO, JR.

By: /s/ Kenneth E. Lenz
Kenneth E. Lenz, Fed. Bar No.: ct06417
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., Ste. 1-2
P.O. Box 965
Orange, CT  06477-0965
(203) 891-9800

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Complete Discovery was served via first class mail, postage prepaid, upon the following, being all parties in interest on this 31st day of January, 2005:

*Attorneys for the Government:*
AUSA Lauren Nash
P.O. Box 1824
New Haven, CT 06508

Atty. Cynthia L. Tyler
Dept. of Veterans Affairs
555 Willard Ave.
Newington, CT 06111

Frank C. Somohano, Sr.
255 Rock Road
Milford, CT 06460
*The Plaintiff*

_____
Kenneth E. Lenz

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO.: 3:02CV02196(AWT) |
| | : | |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | JANURARY 31, 2005 |
| DEFENDANT | : | |

ORDER RE: LEAVE FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The plaintiff's motion for extension of time to complete discovery having come before this Court after due service upon and with consent of the United States of America, and cause having been shown, it is accordingly, ORDERED:

GRANTED

By the Court:

_____
Dated:            , 2005        Alvin W. Thompson,
                                Judge

3