

FILED
2005 FEB -3  A 10: 49
U.S. DISTRICT COURT
HARTFORD, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. | CIVIL NO. 3:02CV02196(AWT) |
| PLAINTIFF | |
| VS. | |
| UNITED STATES OF AMERICA | |
| DEFENDANT | JANUARY 31, 2005 |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Plaintiff Frank C. Somohano Sr. hereby moves for an extension of time to and including April 15, 2005 for completion of Discovery for the reason that the parties are engaged in mediation and a continued deposition of a treating physician and cannot be completed until after the present Discovery deadline, due to the unavailability of the physician. The government, through its attorney, Lauren Nash, has consented to this request.

THE PLAINTIFF,
FRANK C. SOMOHANO, JR.

By: /s/ Kenneth E. Lenz
Kenneth E. Lenz, Fed. Bar No.: ct06417
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., Ste. 1-2
P.O. Box 965
Orange, CT 06477-0965
(203) 891-9800

GRANTED. Discovery shall be completed by April 15, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.   Hartford, CT   2/4/2005

FILED
2005 FEB -4  P 7 38
U.S. DISTRICT COURT
HARTFORD, CT