UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SETTLEMENT CONFERENCE CALENDAR

450 MAIN STREET
HARTFORD
SOUTH JURY ROOM
SECOND FLOOR

APRIL 25, 2005

10:00 a.m.

HONORABLE EMANUEL N. PSARAKIS, PARAJUDICIAL OFFICER

EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

COUNSEL SHALL SEND AN <u>EX PARTE</u> CONFIDENTIAL STATEMENT OUTLINING THEIR RESPECTIVE SETTLEMENT POSITIONS, to <u>Emanuel N. Psarakis, Esq., Robinson & Cole, 280 Trumbull Street, Hartford, CT  06103</u>, NO LATER THAN FIVE DAYS PRIOR TO THE CONFERENCE.  THIS STATEMENT SHOULD INCLUDE THE FOLLOWING:  1) ALL CLAIMS; 2) FACTUAL AND LEGAL BASIS FOR CLAIMS (INCLUDING DAMAGES, TO INCLUDE LEGAL CITATIONS); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFORE; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO.3:02CV2196 (AWT)   Somohano v. United States

---

COUNSEL OF RECORD:

Kenneth E. Lenz
Lenz Law Firm
35 Old Tavern Rd., PO Box 965
Suite 1-2
Orange, CT 06477-0965

Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Cynthia L. Tyler
U.S. Dept. of Veterans Affairs
Office of District Counsel
555 Willard Ave.
Newington, CT 06111

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK