UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. | : |
| PLAINTIFF, | : CIVIL NO. 3:02CV02196(GLG) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| DEFENDANT. | : |

### STIPULATED PROTECTIVE ORDER

To protect individually identifiable health information entitled to be kept confidential; and

To facilitate the disclosure of individually identifiable health information, sought for purposes of this action, in accordance with the terms and conditions of 45 C.F.R. § 164.512(e)(1)(ii)(B) and (e)(1)(v),

IT IS, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court's inherent authority,[ and with the consent of the parties to this action,] hereby ORDERED that:

1. As used in this Order, the term "protected health information" is synonymous in meaning and equal in scope to the usage of this term in 45 C.F.R. § 164.501.

2. The term "Documents," as used in this Order, is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), and shall include, without limitation, all writings, drawings, graphs, charts, photographs, phonorecords, data compilations from which information can be obtained or translated, and any other recorded (including electronically recorded) or graphic matter whatsoever.

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT          5/4/05