UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO.: 3:02cv02196(AWT) |
| PLAINTIFF | : | |
| VS. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | MAY 17, 2005 |
| DEFENDANT | : | |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

1. The plaintiff, Frank C. Somohano, Sr. hereby moves for an extension of time to and including August 16, 2005 to complete Discovery for the following reasons.

2. In August, 2004, counsel for the parties jointly requested the Court to assign the case for mediation and since they have engaged in only limited discovery.

3. On February 3, 2005 the Court granted a previous extension of time until April 15, 2005 to complete Discovery, which motion was consented by the government. At that time the parties were still engaged in mediation.

4. On April 25, 2005 a final mediation session was held but was unsuccessful in settling the case.

5. The Plaintiff has recently engaged two medical expert witnesses and needs additional time to disclose said expert witness is as well as to pose additional Interrogatories, in response to documents recently provided by the government.

6. The government, through its attorney, Lauren Nash, does not consent.

THE PLAINTIFF,
FRANK C. SOMOHANO, SR.

By: *(signature)*
Kenneth E. Lenz, His Attorney
Federal Bar #: ct06419
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., P.O. Box 965
Orange, CT 06477-0965
Tel.: (203) 891-9800

## CERTIFICATION OF SERVICE

The foregoing was served this 17th day of May, 2005 upon the following via first class mail:

Lauren Nash
Assistant U.S. Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06508

Attorney Cynthia L. Tyler
Dept. of Veterans Affairs
555 Willard Avenue
Newington, CT 06111

_____
Kenneth E. Lenz

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO.: 3:02cv02196(GLG) |
| PLAINTIFF | : | |
| VS. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | MAY 17, 2005 |
| DEFENDANT | : | |

### ORDER RE: LEAVE TO FILE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLETE DISCOVERY

The plaintiff's motion for extension of time to complete discovery to August 16, 2005 having come before this court after due service upon the United States and cause having been shown, it is accordingly, ORDERED:

The motion is hereby     GRANTED / DENIED

BY THE COURT

_____
Alvin W. Thompson, Judge