**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
FRANK C. SOMOHANO, SR.,       :
                              :
        Plaintiff,            :
                              :
v.                            : Civil No.3:02CV02196(AWT)
                              :
UNITED STATES OF AMERICA,     :
                              :
        Defendant.            :
                              :
------------------------------x
```

## ENDORSEMENT ORDER

The plaintiff's Motion for Extension of Time to Complete Discovery (Doc. No. 36) is hereby GRANTED <u>nunc pro tunc</u>, over objection.  Discovery shall be completed by August 16, 2005.

It is so ordered.

Dated at Hartford, Connecticut this 24th day of May 2005.

                                    /s/
                              Alvin W. Thompson
                           United States District Judge