UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. | : |
| PLAINTIFF, | : CIVIL NO. 3:02CV02196(AWT) |
| V. | : |
| UNITED STATES OF AMERICA, | : |
| DEFENDANT. | : JULY 27, 2005 |

### INITIAL MOTION, *NUNC PRO TUNC*, FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Local Rule 7(b)(1)(b) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests that this Court grant an initial extension, *nunc pro tunc,* of thirty (30) days, from July 13, 2005 up to and including August 15, 2005, to respond to Plaintiff's First Set of Interrogatories. Defendant needs additional time to complete its responses to Plaintiff's Interrogatories which seek Privacy Act information.

This is the first motion to extend this time limitation. Plaintiff's counsel objects to the extension sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/ Lauren M. Nash
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: lauren.nash@usdoj.gov

*Extension GRANTED, over objection, to and including August 15, 2005. It is so ordered.*

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT  8/10/05