UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR. | : | CIVIL NO.: 3:02cv02196(~~GLG~~) AWT |
| PLAINTIFF | : | |
| VS. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | OCTOBER 27, 2005 |
| DEFENDANT | : | |

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

1. The attorneys for the Plaintiff and Defendant jointly move this Court for an extension of time to the 22nd of December for the completion of Discovery in the above captioned matter.

2. The Defendant, United States of America, has not formally answered the Plaintiff's Interrogatories to date, and the Plaintiff has not completed his disclosure of expert witnesses, or deposition of some of the Defendants' doctors.

3. This is the third request for extension of time to complete Discovery.

By: _____
Kenneth E. Lenz, His Attorney
Federal Bar #: ct06419
The Lenz Law Firm, L.L.C.
35 Old Tavern Rd., P.O. Box 965
Orange, CT 06477-0965
Tel.: (203) 891-9800

By: _____
Lauren Nash ct 01705
United States Attorneys Office
157 Church Street
P.O. Box 1824
New Haven, CT 0650

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK C. SOMOHANO, SR. | : CIVIL NO.: 3:02cv02196(GLG) |
| PLAINTIFF | : |
| VS. | : |
| UNITED STATES OF AMERICA | : |
| DEFENDANT | : |

ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Joint Motion for Extension of Time to Complete Discover having come before this Court and cause having been shown is accordingly ORDERED:

The motion is hereby GRANTED and the Discovery deadline is extended to December 22, 2005.

BY THE COURT

_____
Alvin W. Thompson
United States District Court Judge