UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK C. SOMOHANO, SR., | : | |
| | : | |
| PLAINTIFF, | : | CIVIL NO. 3:02CV02196(AWT) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| DEFENDANT. | : | |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Frank C. Somohano, Sr., and the Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own costs and fees.

PLAINTIFF, FRANK C. SOMOHANO, SR.

September 19, 2006             /s/
DATE                           KENNETH E. LENZ, ESQ., ct06419
                               THE LENZ LAW FIRM, L.L.C., P. O. BOX 965
                               35 OLD TAVERN ROAD, SUITE 1-2
                               ORANGE, CT 06477-0965
                               Telephone: (203) 891-9800
                               Facsimile: (203) 799-0681
                               E-mail: ken@lenzlawfirm.com

                               DEFENDANT,
                               UNITED STATES OF AMERICA,

                               KEVIN J. O'CONNOR
                               UNITED STATES ATTORNEY

September 19, 2006             /s/
DATE                           LAUREN M. NASH, ct01705
                               ASSISTANT U.S. ATTORNEY
                               UNITED STATES ATTORNEY'S OFFICE
                               157 CHURCH STREET
                               NEW HAVEN, CT  06510
                               Telephone: (203) 821-3700
                               Facsimile:  (203) 773-5373
                               E-mail: lauren.nash@usdoj.gov